IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES GALVAN, | ) | No. C 14-3405 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| B. GRIFFITH, et al., | ) | |
| Defendants. | ) | |

On July 28, 2014, plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. The same day, the Clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). (Docket No. 2.) Plaintiff was cautioned that his failure to file the required documents within twenty-eight days would result in the dismissal of this action. On August 21, 2014, plaintiff filed a motion for leave to proceed IFP, however, the application was incomplete. On September 23, 2014, the Clerk notified plaintiff that he was required to file a complete motion for leave to proceed IFP within twenty-eight days, or face dismissal of this action. More than twenty-eight days have passed, and to date, plaintiff has not communicated further with the court. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

IT IS SO ORDERED.

Order of Dismissal
P:\PRO-SE\RMW\CR.14\Galvan405disifp.wpd

1  DATED: _____

                          *Ronald M. Whyte*
2                           RONALD M. WHYTE
                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES GALVAN,

        Plaintiff,

  v.

B. GRIFFITH, et al.,

        Defendant.

Case Number: CV14-03405 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Galvan
H32772
P.O. Box 409020
Ione, CA 95640

Dated: November 12, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk