IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES GALVAN, | ) | No. C 14-3405 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| B. GRIFFITH, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\CR.14\Galvan405jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES GALVAN, | Case Number: CV14-03405 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |  |
| B. GRIFFITH, et al., |  |
| Defendant.          / |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Galvan
H32772
P.O. Box 409020
Ione, CA 95640

Dated: November 12, 2014

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk